UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANISSA E. ISRAEL, as Administrator ad Prosequendum of the Estate of A'Heem Hudson, deceased, | HONORABLE JOSEPH H. RODRIGUEZ |
| Plaintiff(s), | CIVIL ACTION NO. 1:11-cv-1824-JHR-KMW |
| v. | |
| THE UNITED STATES OF AMERICA, JOHN DOE DOCTORS (1-10), fictitiously named defendants, JANE DOE NURSES(1-10), fictitiously named defendants, and ABC BUSINESS ENTITIES (1-10), fictitiously named defendants,, | |
| Defendant(s). | |
| and | |
| UNITED STATES OF AMERICA, | |
| Defendant/Third-Party Plaintiff Defendant(s). | |
| v. | |
| THE COOPER HEALTH SYSTEM d/b/a Cooper University Hospital and KRISTY MAINES, R.N. | |
| Third-Party Defendant(s). | |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO THIRD PARTY DEFENDANTS, THE COOPER HEALTH SYSTEM
d/b/a COOPER UNIVERSITY HOSPITAL and KRISTY MAINES, R.N.**

It is hereby stipulated and agreed that the above-entitled matter be and the same is hereby VOLUNTARILY dismissed *with prejudice* and without costs as to Defendants, The

CIVIL ACTION NO. 1:11-cv-1824-JHR-KMW
Page 2

Cooper Health System d/b/a Cooper University Hospital and Kristy Maines, R.N.

United States Department of Justice
Attorney for Third Party Plaintiff,
United States of America

Parker McCay P.A.
Attorney for Third Party Defendants,
The Cooper Health System d/b/a Cooper
University Hospital and Kristy Maines, R.N.

By: _____
IRENE E. DOWDY, AUSA

BY: _____
CAROLYN R. SLEEPER

Dated: